ACCEPTED
06-15-00048-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/9/2015 3:06:07 PM
DEBBIE AUTREY
CLERK

NO. \_\_\_\_\_

| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | 6 COURT |
| | § | |
| SHANNA DELAINE GLUCK | § | OF APPEALS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

3/9/2015 3:06:07 PM

DEBBIE AUTREY
Clerk

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Shanna Delaine Gluck, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

Jason A. Duff
2615 Lee St
Greenville, TX 75403
Tel: 903-455-1991
Fax:903-455-1417

By:_____
Jason A. Duff
State Bar No. 24059696
jasonaduff@hotmail.com
Attorney for Shanna Delaine Gluck

_(signature)_

Shanna Delaine Gluck
Appellant

## CERTIFICATE OF SERVICE

This is to certify that on February 16, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Hunt County, by personal delivery.

_(signature)_

Jason A. Duff

STATE OF TEXAS                           §

COUNTY OF HUNT                           §
                                         §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Shanna Delaine Gluck, who after being duly sworn stated:

"I am the appellant in the above-entitled and numbered cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Shanna Delaine Gluck
Appellant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _Feb 16_____, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

**STATE OF TEXAS** §
§
**COUNTY OF HUNT** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Jason A. Duff, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Jason A. Duff
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME**

on ___Feb 15___, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas